UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

X_____X
:
UNITED STATES OF AMERICA,              :     Criminal No. 11-CR-470 (SDW)
:
Plaintiff,         :
:
v.                                     :
:     **NOTICE OF**
:     **APPEARANCE OF**
:     **ADDITIONAL**
ANDREW AUERNHEIMER,                    :     **COUNSEL FOR**
:     **DEFENDANT**
Defendant.         :
:
X_____X

To the Clerk of this Court and all parties of record:

Please enter my appearance as additional counsel in this case for the defendant Andrew Auernheimer.  Please keep Tor Ekeland on the Docket as Lead Counsel.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

New York State, S.D.N.Y, E.D.N.Y            2007 / 2010 / 2012
Courts                                 Year(s) of Admission

_____
Signature of Attorney

Date:   3/26/2012                           Mark H. Jaffe
Tor Ekeland, P.C.
Sixth Floor Suite 2
155 Water Street
Brooklyn, NY 11201
Tel: 347.515.6849
Fax: 718.504.5417
Email: mark@torekeland.com