**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | Criminal No. 11-cr-470 (SDW) |
| v. : | **ORDER** |
| ANDREW AUERNHEIMER, : | October 26, 2012 |
| Defendant. : | |

**WIGENTON,** District Judge.

This matter, having come before the Court on Defendant Andrew Auernheimer's ("Defendant") Motion to Dismiss the Superseding Indictment, and this Court, having carefully reviewed and considered the submissions and arguments of the parties, for the reasons stated in this Court's Opinion dated October 26, 2012,

**IT IS** on this 26th day of October, 2012,

**ORDERED** that Defendant's Motion is **DENIED**.

  s/Susan D. Wigenton, U.S.D.J.
**Susan D. Wigenton, U.S.D.J.**