```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: November 13, 2012

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                            Docket # 11cr470

USA v. ANDREW AUERNHEIMER

Appearances:
Zach Intrater, AUSA and Michael Martinez, AUSA for the Gov't
Tor Ekeland, Esq. and Mark Jaffe, Esq. for the Dft

Nature of proceedings: **Jury Trial**
Jury panel brought up.
Jury selection begun.
Jury selected.
Jury sworn.
Preliminary jury instructions given.
            Michael Martinez        Opened for Gov't
            Tor Ekeland             Opened for Dft
            Philip Frigm            Sworn for the Gov't

Jury trial adjourned to 11/14/12 at 9:30 a.m.




Time Commenced 10:30 a.m.
Time Adjourned 3:30 p.m.

cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk