```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                    DATE: November 14, 2012

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                            Docket # 11cr470

USA v. ANDREW AUERNHEIMER

Appearances:
Zach Intrater, AUSA and Michael Martinez, AUSA for the Gov't
Tor Ekeland, Esq. and Mark Jaffe, Esq. for the Dft

Nature of proceedings: Jury Trial
            Philip Frigm           Continued for Gov't
            Sherry Ramsey          Sworn for Gov't
            Daniel Spitler         Sworn for Gov't
            Stacey Halota          Sworn for Gov't
Stipulation read into the record.
Gov't Rests.

Jury trial adjourned to 11/15/12 at 9:30 a.m.
```

Time Commenced 9:30 a.m.
Time Adjourned 1:30 p.m.

cc: chambers                          Antigone Owens-Krefski
                                      Deputy Clerk