```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                      DATE: November 15, 2012

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                              Docket # 11cr470

USA v. ANDREW AUERNHEIMER

Appearances:
Zach Intrater, AUSA and Michael Martinez, AUSA for the Gov't
Tor Ekeland, Esq. and Mark Jaffe, Esq. for the Dft

Nature of proceedings: **Jury Trial**
Dft moves to dismiss pursuant to Rule 29;
Ordered motion dismissed.
Dft moves regarding cross of a witness;
Ordered motion granted.
Jury present
            Andrew Auernheimer      Sworn for Dft
            Edward Amoroso          Sworn for Dft
Jury excused
Issues placed on the record.
Jury trial adjourned to 11/19/12 at 9:30 a.m.

Time Commenced 9:30 a.m.
Time Adjourned 12:00 p.m.

cc: chambers                                Antigone Owens-Krefski
                                            Deputy Clerk