UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


NEWARK                              DATE: November 19, 2012

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                      Docket # 11cr470

USA v. ANDREW AUERNHEIMER

Appearances:
Zach Intrater, AUSA and Michael Martinez, AUSA for the Gov't
Tor Ekeland, Esq. and Mark Jaffe, Esq. for the Dft

Nature of proceedings: **Jury Trial**
               Timothy Glantz          Sworn for Dft
               R. David Hulsey         Sworn for Dft
               Sergey Bratus           Sworn for Dft
Stipulation read into the record.
Dft rests.
Jury excused
Charge conference held on the record.
Jury trial adjourned to 11/20/12 at 9:30 a.m.




Time Commenced 9:30 a.m.
Time Adjourned 4:00 p.m.

cc: chambers                         Antigone Owens-Krefski
                                     Deputy Clerk