```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                     DATE: November 20, 2012

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                             Docket # 11cr470

USA v. ANDREW AUERNHEIMER

Appearances:
Zach Intrater, AUSA and Michael Martinez, AUSA for the Gov't
Tor Ekeland, Esq. and Mark Jaffe, Esq. for the Dft

Nature of proceedings: **Jury Trial**
Jury charged.
            Zach Intrater      Closed for the Gov't
            Tor Ekeland        Closed for the Dft
            Michael Martinez   Rebuttal closing for the Gov't
CSO Napolitano sworn.
Jury deliberations begun.
Lunch ordered from Hobby's, Newark NJ
Jury verdict reached and placed on the record.
Jury trial concluded.




Time Commenced 9:30 a.m.
Time Adjourned 4:30 p.m.

cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk
```