```
                                    UNITED STATES DISTRICT COURT
                                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA        :   Crim. No. 11-470 (SDW)
                                :
        v.                      :   Hon. Susan D. Wigenton
                                :
ANDREW AUERNHEIMER              :   VERDICT
```

We, the Jury find:

**COUNT 1**
(Conspiracy to Access Computers without Authorization)

GUILTY ✓ _____         NOT GUILTY _____

**COUNT 2**
(Identity Theft)

GUILTY ✓ _____         NOT GUILTY _____


FOREPERSON [signature redacted]

11/20/12
DATE