UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

X_____X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                      Plaintiff,          :
                                          :
        v.                                :
                                          :
                                          :
ANDREW AUERNHEIMER,                       :
                                          :
                      Defendant.          :
                                          :
X_____X

11-CR-470 (SDW)

**NOTICE OF DEFENDANT'S
APPEAL**

Defendant Andrew Auernheimer, through his attorneys, hereby gives notice that he appeals to the United States Court of Appeals for the Third Circuit from the entirety of the final judgment of this Court entered on March 20, 2013, as well as this Court's denial of Defendant's Motion for Judgment of Acquittal Under Federal Rule of Criminal Procedure 29, as announced by this Court on March 18, 2013.

Respectfully submitted,

By: _____
      Tor Ekeland
      Dated: March 21, 2013

Mark H. Jaffe
Tor Ekeland, P.C.
155 Water Street
Brooklyn, NY 11201
Tel: 718.285.9343
Fax: 718.504.5417
Email: tor@torekeland.com

Nace Naumoski
Paris Ackerman & Schmierer LLP
618 Newark Avenue
Elizabeth, NJ 07208
Tel: 908.349.8462
Email: nace@palawfirm.com
*Attorneys for Defendant Andrew Auernheimer*

TO:
Michael Martinez
Executive Assistant United States Attorney
Zach Intrater
Erez Lieberman
Assistant United States Attorneys
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102