UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1816
_____

UNITED STATES OF AMERICA

v.

ANDREW AUERNHEIMER,
a/k/a Weev
a/k/a Weelos
a/k/a Escher

ANDREW AUERNHEIMER,
                                   Appellant

On Appeal from the United States District Court
for the District of New Jersey
(No. 2:11-cr-00470-001)
District Judge:  Hon. Susan D. Wigenton

Argued:  March 19, 2014

Before:  CHAGARES, GREENAWAY, JR., and
VANASKIE, Circuit Judges.
_____

JUDGMENT
_____

    This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on March 19, 2014.

    On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered October 26, 2012 is hereby REVERSED and the Appellant's conviction, entered March 18, 2013 is hereby VACATED.  The mandate shall issue forthwith.  All of the above in accordance with the opinion of this Court.

Attest:

s/Marcia M. Waldron
Clerk

DATED: April 11, 2014

**Certified as a true copy and issued in lieu of a formal mandate on** 04/11/14

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**