## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 11-cr-470 (SDW) |
|  | : |  |
| v. | : | **ORDER FOR RELEASE** |
|  | : | **FROM CUSTODY** |
| ANDREW AUERNHEIMER, | : |  |
|  | : | April 11, 2014 |
| Defendant. | : |  |

**WIGENTON,** District Judge.

THIS matter having been brought before the court by Defendant, Andrew Auernheimer and consent having been given by the Government, and upon good cause being shown,

**IT IS HEREBY ORDERED** that defendant, Andrew Auernheimer, is hereby released from the custody of the Bureau of Prisons upon the mandate of the Third Circuit Court of Appeals in the matter of *United States of America v. Andrew Auernheimer* (13-1816) Opinion filed April 11, 2014, and

**IT IS FURTHER ORDERED** that defendant, Andrew Auernheimer shall be released subject to the terms and conditions of his previously imposed, pre-trial bail and

**IT IS FURTHER ORDERED** that defendant, Andrew Auernheimer shall be subject to the directives of Pre-Trial Services.

**SO ORDERED.**

_ s/Susan D. Wigenton, U.S.D.J.
**Susan D. Wigenton, U.S.D.J.**